■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR SANCHEZ, Petitioner, v STEPHEN DALSHEIM, Respondent. [617 NYS2d 614] —Application by the petitioner for a writ of habeas corpus.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the application is denied and the petition is dismissed, without costs or disbursements. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.